IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA LEE DAVIS,　　　　　　　　　　　　　　　　　　　Case No. 3:16-cv-00725-KI

　　　　　　　Petitioner,　　　　　　　　　　　　　　　　　　　　　ORDER

　　v.

ROB PERRSON, Superintendent,

　　　　　　　Respondent.

**KING, Judge.**

　　Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (ECF No. 15) is GRANTED. This proceeding is DISMISSED, without prejudice. A Certificate of Appealability is DENIED.

　　IT IS SO ORDERED.

　　DATED this   8th   day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Garr M. King
　　　　　　　　　　　　　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1 - ORDER